UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| CHARLES NEGY,<br><br>*Plaintiff,*<br><br>v.<br><br>BOARD OF TRUSTEES OF THE UNIVERSITY OF CENTRAL FLORIDA,<br>et. al,<br><br>*Defendants.* | Case No. 6:23-cv-00488<br><br>MOTION FOR SPECIAL ADMISSION OF NON-RESIDENT LAWYER *PRO HAC VICE*<br><br>March 17, 2023 |

Pursuant to Middle District of Florida Local Rule 2.01, Plaintiff Charles Negy respectfully moves this Court for an order specially admitting Samantha K. Harris of Allen Harris PLLC to practice before this Court in this action. In support:

1. Ms. Harris has been retained to represent Plaintiff as co-counsel in all proceedings conducted in this matter. However, Ms. Harris is not a Florida resident, and she is not a member in good standing of The Florida Bar.

2. Ms. Harris is a member in good standing of the bar of Pennsylvania and has been admitted to practice before the U.S. Court of Appeals for the Fourth Circuit, U.S. District Court for the Eastern District of Pennsylvania,

1

U.S. District Court for the Middle District of Pennsylvania, and U.S. District Court for the District of Colorado.

3. Ms. Harris has not maintained a regular practice of law in Florida.

4. Ms. Harris has not appeared in any state or federal court in Florida in the last thirty-six months.

5. Ms. Harris otherwise satisfies the requirements for obtaining and maintaining general admission, except the requirements of membership in The Florida Bar, submission of an application, and payment of a periodic fee. Ms. Harris:

   a. is familiar with 28 U.S.C. § 1927;

   b. is familiar with and will be governed by the federal rules of procedure as well as the local rules of this Court;

   c. will register with the Middle District's CM/ECF system;

   d. will maintain with the clerk her current telephone number, mailing address, and email address; and

   e. will comply with, and remain familiar with, the ethical requirements of The Florida Bar.

WHEREFORE, Plaintiff respectfully moves this Court for an order admitting Samantha K. Harris to practice before this Court.

Dated: March 17, 2023 	 Respectfully submitted,

               /s/ David Osborne
               David Osborne
               GOLDSTEIN LAW PARTNERS, LLC
               4651 Salisbury Rd., Suite 400
               Jacksonville, FL  32256
               610-949-0444
               dosborne@goldsteinlp.com

               *Counsel for Plaintiff*

## LOCAL RULE 3.01(g) CERTIFICATION

Plaintiff's counsel has attempted to confer with counsel for opposing parties but have yet to ascertain opposing counsel's position on the relief sought in this motion.

Dated: March 17, 2023  /s/ David Osborne
David Osborne
GOLDSTEIN LAW PARTNERS, LLC
4651 Salisbury Rd., Suite 400
Jacksonville, FL  32256
610-949-0444
dosborne@goldsteinlp.com

*Counsel for Plaintiff*

# CERTIFICATE OF SERVICE

On March 17, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all attorneys of record. Defendants without known counsel or counsel registered with the Court's CM/ECF system will be served at:

Sara H. Potter
Associate General Counsel
University of Central Florida
4365 Andromeda Loop N
Suite 360
Orlando, FL 32816-0015

S. Kent Butler
University of Central Florida
12494 University Blvd.
Orlando, FL 32816

Alexander Cartwright
University of Central Florida
P.O. Box 160002
Orlando FL 32816

Tosha Dupras
University of Central Florida
4000 Central Florida Blvd,
Howard Phillips Hall Rm 309
Orlando, FL 32816

Michael Johnson
University of Central Florida
P.O. Box 160065
Orlando, FL 32816-0002

Nancy Myers
University of Central Florida

12701 Scholarship Drive, Suite 101
Orlando, FL 32816-0030

        <u>/s/ David Osborne</u>
        David Osborne
        GOLDSTEIN LAW PARTNERS, LLC
        4651 Salisbury Rd., Suite 400
        Jacksonville, FL  32256
        610-949-0444
        dosborne@goldsteinlp.com

*Counsel for Plaintiff*